UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) NO. 3:25-cv-01091 |
| | ) |
| DAVID RAUSCH, Director of the | ) |
| Tennessee Bureau of Investigation, in his | ) |
| official capacity, | ) |
| JONATHAN SKRMETTI, Attorney | ) |
| General for the State of Tennessee, in his | ) |
| official capacity, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Before the Court is Plaintiffs' motion for a preliminary injunction. (Doc. No. 12). This case is set for an Initial Case Management Conference on **December 5, 2025**, before United States Magistrate Judge Alistair Newbern. (Doc. No. 4). At the Conference, the parties shall discuss with the Magistrate Judge the extent of the limited discovery necessary to prepare for a hearing on the motion. With the Magistrate Judge's approval, the parties shall set an agreed-upon briefing schedule so that the motion is briefed after the limited discovery is completed, and give the Court a target Preliminary Injunction hearing date. The parties should also estimate the length of the hearing.

The parties are further advised that the Court requires the parties to depose any witness that will testify at the hearing at least seven (7) days prior to the hearing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE