UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   NO. 3:25-cv-01091 |
| | ) |
| DAVID RAUSCH, Director of the | ) |
| Tennessee Bureau of Investigation, in his | ) |
| official capacity, | ) |
| JONATHAN SKRMETTI, Attorney | ) |
| General for the State of Tennessee, in his | ) |
| official capacity, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

A hearing to consider Plaintiff's motion for a preliminary injunction is set for **May 19, 2026, at 9:00 a.m.** Absent extraordinary circumstances, the hearing will conclude on that day.

The parties shall file with the Court by **May 11, 2026**, the following pertaining to the preliminary injunction hearing: (1) any affidavits; (2) witness lists with a one to two sentence of the anticipated testimony; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made the witness available for deposition on or before **May 4, 2026**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE