UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:25-cv-01091 |
| ) | |
| DAVID RAUSCH, *Director of the* ) | |
| *Tennessee Bureau of Investigation, in his* ) | |
| *official capacity*, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff's Motion to Extend Response Deadline (Doc. No. 24), requesting an extension to respond to Defendants' Motion to Dismiss (Doc. No. 22) from December 26, 2025 to January 8, 2026. (Id.). Plaintiff represents that Defendants do not oppose his Motion. (Id.). Accordingly, Plaintiff's Motion (Doc. No. 24) is **GRANTED**. Plaintiff shall respond to Defendants' Motion to Dismiss (Doc. No. 22) on or before Thursday, **January 8, 2026**. Defendants may file their reply on or before Thursday, **January 15, 2026**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE